#60634

| | |
|---|---|
| 06-62433 | DEBBIE JACKSON<br>CREDITOR DID NOT CASH CHECK<br>CHECK #428820 FOR $8.22<br>RBC<br>PO BOX 1548<br>MANSFIELD, OH 44901 |
| 05-60784 | BRIAN LAPIKAS<br>KARIE LAPIKAS<br>CREDITOR DID NOT CASH CHECK<br>CHECK #428821 FOR $4.14<br>IONICS INC<br>5775 LSA POSITAS RD<br>LIVERMORE, CA 94551-7819 |
| 05-61479 | ROBERT KELLEY<br>JULIE KELLEY<br>CREDITOR DID NOT CASH CHECK<br>CHECK #428822 FOR $11.49<br>ALLTEL<br>ONE ALLIED DR B5<br>THIRD FLOOR<br>LITTLE ROCK AR 72202 |



FILED 2010 MAY 21 PM 4:09
CLERK U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
CANTON